UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number:  22-23515-CIV-MARTINEZ-BECERRA

KATRINA SHARPE,

    Plaintiff,

v.

THE LINCOLN NATIONAL
LIFE INSURANCE COMPANY,

    Defendants.
_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

**THIS MATTER** is before the Court on the parties' Stipulation of Dismissal with Prejudice.  (ECF No. 11).  Accordingly, it is hereby

**ADJUDGED** that this action is **DISMISSED with prejudice**, and this case is **CLOSED**.

**DONE AND ORDERED** in Miami, Florida, this 31st day of March, 2023.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record